United States Bankruptcy Court
District of Massachusetts

IN RE:                                                                     Case No. 07-12959-WCH

178 Kneeland Street Realty, LLC                                    Chapter 11
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................... $ __unknown__

   Prior to the filing of this statement I have received ........................................... $ __0.00__

   Balance Due ................................................................................ $ __unknown__

2. The source of the compensation paid to me was: ☐ Debtor ☑ Other (specify): **Loaned by Stuart Sojcher, Manager**

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **L&G received a $7,500 retainer in the form of a personal check from Stuart Sojcher. L&G attempted to apply 2,131.25 to pre-petition services, leaving ablance of $5,368.75. Subsequently, the personal check of Stuart Sojcher was returned for insufficient funds. All fees shall be paid by the Debtor subject to approval of the Bankruptcy Court**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 29, 2007__                                         _/s/ [signature]_
Date                                                               Signature of Attorney

**Looney & Grossman; LLP.**
Name of Law Firm